ADRIAN H. RYDER, executor, &c., respondent,

*v.*

GLADYS BLUMENTHAL MYERS et al., appellants.

[Decided January 5th, 1934.]

*Messrs. Thompson & Hanstein,* for the respondent.

*Mr. Frank G. Turner,* for the appellants.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Sooy, and reported in *113 N. J. Eq. 360.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.  15.

*For reversal*—None.